UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALDINE TYLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA, and CYNTHIA BAUERLY, in her capacity as Commissioner, Minnesota Department of Revenue, HENNEPIN COUNTY, and MARK V. CHAPIN, Auditor-Treasurer, in his official capacity,<br><br>Defendants. | Court File No.<br><br><br><br>**NOTICE OF REMOVAL** |

TO: CLERK OF THE DISTRICT COURT FOR THE DISTRICT OF MINNESOTA and Plaintiff, by her attorneys Garrett D. Blanchfield and Roberta A. Yard, Applebaum Law Firm, REINHARDT WENDORF & BLANCHIELD, 332 Minnesota Street, Suite W0150, St. Paul, MN 55101.

Defendants Hennepin County and Mark V. Chapin, for their Notice of Removal, state as follows:

1. Hennepin County and Mark V. Chapin ("Chapin") (collectively, the "Removing Defendants") are defendants in a civil action initiated in the Second Judicial District Court, State of Minnesota: *Geraldine Tyler v. State of Minnesota, Cynthia Bauerly, Hennepin County, and Mark V. Chapin*, Court File No. 62-CV-19-6012 (the "Action"). A copy of the Summons and Amended Class Action Complaint is attached as Exhibit A. All pleadings and documents filed in the Action during its pendency in the Second Judicial District Court are attached as Exhibits A-L.

1

2. The Removing Defendants request removal of the Action to the United States District Court for the District of Minnesota, the district within which the Action is pending. *See* 28 U.S.C. § 1446(a). In addition, the District of Minnesota is the proper venue because a substantial part of the alleged events or omissions giving rise to Plaintiff's claims occurred in Minnesota. *See* 28 U.S.C. § 1391(b).

3. On March 10, 2020, the Removing Defendants were served with the Summons and Amended Complaint by personal service.

4. The Removing Defendants file this Notice of Removal on April 7, 2020, fewer than 30 days after receipt by the Removing Defendants of a copy of the Amended Complaint, the initial pleading setting forth the claim for relief against the Removing Defendants upon which the Action is based. *See* 28 U.S.C. § 1446(b).

5. The Amended Complaint alleges that the Removing Defendants (1) violated Plaintiff's rights, and the rights of the putative class, under the U.S. and Minnesota state Constitutions and (2) were unjustly enriched in violation of state common law. The United States District Court for the District of Minnesota has original jurisdiction over Plaintiff's federal claims, and it has supplemental jurisdiction over Plaintiff's state law claims. *See* 28 U.S.C. §§ 1331, 1367.

6. Because this Court has original jurisdiction over this Action under 28 U.S.C. § 1331, Defendants may remove the Action to federal court. *See* 28 U.S.C. § 1441(a). Since this Action is a class action, the Removing Defendants are entitled to remove this Action without the consent of all defendants. *See* 28 U.S.C. § 1453(b).

7. Promptly after filing this Notice of Removal, Defendants shall file a copy of the Notice of Filing of Notice of Removal with the clerk of the Second Judicial District Court, State of Minnesota. *See* 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached as Exhibit L.

WHEREFORE, Defendants pray that this Action be removed from the Second Judicial District Court, State of Minnesota, to the United States District Court for the District of Minnesota.

Dated this 7th day of April, 2020.

    MICHAEL O. FREEMAN
    Hennepin County Attorney

    */s Rebecca L.S. Holschuh*
    Rebecca L.S. Holschuh (MN Bar No. 0392251)
    Kelly K. Pierce (MN Bar No. 0340716)
    Jeffrey Wojciechowski (MN Bar No. 0397748)
    A-2000 Government Center
    300 South 6th Street
    Minneapolis, MN 55487
    Telephone: (612) 348-4797
    Email:  rebecca.holschuh@hennepin.us
            kelly.pierce@hennepin.us
            jeffrey.wojciechowski@hennepin.us

    *Attorneys for Defendants Hennepin County and Mark V. Chapin*