UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALDINE TYLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA, and CYNTHIA BAUERLY, in her capacity as Commissioner, Minnesota Department of Revenue, HENNEPIN COUNTY, and MARK V. CHAPIN, Auditor-Treasurer, in his official capacity,<br><br>Defendants. | Civ. No. 20-889 (PJS/BRT)<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS HENNEPIN COUNTY AND CHAPIN TO ANSWER OR RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

This matter is before the Court on the parties' Stipulation to Extend Time for Defendants Hennepin County and Chapin to Answer or Respond to Plaintiff's Amended Complaint. (Doc. No. 6.)

Based on the parties' stipulation and pursuant to Fed. R. Civ. P. 6(b)(1)(A), IT IS HEREBY ORDERED that Defendants Hennepin County and Chapin shall respond to the Amended Class Action Complaint and Petition for Writ of Mandamus on or before **April 24, 2020**.

Dated: April 9, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
U.S. Magistrate Judge

1