UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALDINE TYLER, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HENNEPIN COUNTY, and MARK V. CHAPIN, Auditor-Treasurer, in his official capacity,<br><br>        Defendants. | Case No. 20-cv-889-PJS-BRT<br>Judge Patrick J. Schiltz |

**DECLARATION OF GARRETT D. BLANCHFIELD IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM ADDRESSING SUBJECT MATTER JURISDICTION AND *RAFAELI, LLC V. OAKLAND COUNTY***

I, Garrett D. Blanchfield, hereby declare as follows:

1. I am a partner in the law firm of Reinhardt Wendorf & Blanchfield, counsel for Plaintiff Geraldine Tyler.

2. Attached as Exhibit A is a true and correct copy of the July 8, 2020 hearing transcript before the Honorable Patrick J. Schiltz.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 29, 2020        By:   *s/ Garrett D. Blanchfield*_____
                                                          Garrett D. Blanchfield