# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALDINE TYLER, on behalf of herself and all others similarly situated, | Court File No. 0:20-cv-00889-PJS-BRT<br>Judge Patrick J. Schiltz |
| Plaintiff, | |
| v. | **DECLARATION OF**<br>**REBECCA HOLSCHUH** |
| HENNEPIN COUNTY, and MARK V. CHAPIN, Auditor-Treasurer, in his official capacity, | |
| Defendants. | |

STATE OF MINNESOTA            )
                              ) ss.
COUNTY OF HENNEPIN            )

I, Rebecca Holschuh, state as follows:

    1.    I am an Assistant Hennepin County Attorney and an attorney of record for Defendants in this case.

    2.    On July 28, 2020, I received a PDF copy of 1952 N.Y.C. Admin. Code § D17 by email from Kellie Adams at the Queens Supreme Law Library in Jamaica, NY.  A true and correct copy of this PDF is attached hereto as **Exhibit A**.

    3.    Attached hereto as **Exhibit B** is a true and correct copy of the July 8, 2020 Transcript of Oral Argument obtained from Debra Bauvais, court reporter to the Honorable Patrick J. Schiltz.

Pursuant to Minn. Stat. § 358.116, I declare under penalty of perjury that everything that I have stated in this document is true and correct.

Dated:  July 29, 2020

/s Rebecca Holschuh
Rebecca L.S. Holschuh (0392251)