## UNITED STATES DISTRICT COURT
### District of Minnesota

Geraldine Tyler,

Plaintiff(s),

v.

Hennepin County, Mark V. Chapin,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-00889-PJS-BRT

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' motion to dismiss [ECF No. 11] is GRANTED and this action is DISMISSED WITH PREJUDICE.

Date: 12/7/2020

KATE M. FOGARTY, CLERK