UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALDINE TYLER, on behalf of herself and all others similarly situated, | Case No. 20-cv-889-PJS-BRT<br>Judge Patrick J. Schiltz |
| Plaintiff, | |
| v. | |
| HENNEPIN COUNTY, and MARK V. CHAPIN, Auditor-Treasurer, in his official capacity, | |
| Defendants. | |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiff Geraldine Tyler, on behalf of herself and all others similarly situated, appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Civil Case entered in favor of Defendant on December 7, 2020.

Date: December 29, 2020          REINHARDT WENDORF & BLANCHFIELD

/s/ Garrett D. Blanchfield
Garrett D. Blanchfield (#209855)
Roberta A. Yard (#322295)
332 Minnesota Street, Suite W1099
St. Paul, MN 55101
Phone: (651) 287-2100
g.blanchfield@wblawfirm.com
r.yard@rwblawfirm.com

>Charles R. Watkins (*pro hac vice*)
>GUIN, STOKES & EVANS, LLC
>321 S. Plymouth Court
>Suite 1250
>Chicago, IL 60604
>Telephone: (312) 878-8391
>charlesw@gseattorneys.com
>
>Vildan A. Teske (#241404)
>Marisa C. Katz (#389709)
>TESKE KATZ, PLLP
>222 South Ninth Street, Suite 1600
>Minneapolis, MN 55402
>Telephone: (612)746-1558
>teske@tkkrlaw.com
>katz@tkkrlaw.com
>
>*Attorneys for Plaintiffs*