# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 13, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re:  Geraldine Tyler
           v. Hennepin County, Minnesota, et al.
           No. 22-166
           (Your No. 20-3730)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk