UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

GERALDINE TYLER,                                    Case No. 20-CV-0889 (PJS/DJF)

       Plaintiff,

v.                                                                          ORDER

HENNEPIN COUNTY, et al.,

       Defendants.

---

Based upon the parties' Stipulation to Remand [ECF No. 71], this matter is remanded to the Ramsey County District Court, Second Judicial District, State of Minnesota.

The Clerk of Court is directed to mail a certified copy of this Order to the Court Administrator for the Ramsey County District Court, Second Judicial District, State of Minnesota, pursuant to 28 U.S.C. § 1447(c).

Dated: September 19, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court