

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

September 19, 2023

Court Administration, Civil Division
Ramsey County District Court
15 W. Kellogg Blvd, Room 170
St. Paul, MN 55102

Case Number: 0:20–cv–00889–PJS–DJF
Case Title: Tyler v. Hennepin County et al
Re: Order of Remand

Dear Case Administrator:

A certified copy of the Order of Remand filed by Chief Judge Patrick J. Schiltz dated 9/19/2023 is enclosed. Please acknowledge receipt by returning a date–stamped copy of this notice in the enclosed self–addressed envelope.

Sincerely,

Kate M. Fogarty, Clerk

cc: Ramsey County District Court

Enclosures: Order of Remand